UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW DESCAMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>    Defendants. | NO: 2:14-cv-00402-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS** |

On February 11, 2015, Magistrate Judge Rodgers filed a Report and Recommendation, recommending that this action be closed based on Plaintiff's failure to comply with the filing fee requirements needed to commence a civil action in the United States District Court, Eastern District of Washington. ECF No. 3. No objections were timely filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation, ECF No. 3.

2. The above-captioned action is **dismissed**.

///

///

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** this 4th day of March, 2015.



*Stanley A. Bastian* (signature)

Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS** ~ 2